7648. CULVERHOUSE v. THE STATE.

WADE, C. J. No error of law is complained of, and the evidence authorized the verdict.                    *Judgment affirmed.*

DECIDED OCTOBER 18, 1916.

Indictment for sale of liquor; from Crawford superior court—
Judge Mathews. June 20, 1916.

*W. J. Wallace,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.

7649. HARRIS v. THE STATE.

BROYLES, J. The evidence authorized the verdict; no error of law is complained of, and the court did not err in overruling the motion for a new trial.                    *Judgment affirmed.*

DECIDED OCTOBER 18, 1916.

Indictment for pointing pistol; from Crawford superior court—
Judge Mathews. June 20, 1916.

*W. J. Wallace, R. H. Culverhouse,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.